```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 17-03540-RNO
Alison J. Gambrill                                                Chapter 13
       Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1        User: DDunbar              Page 1 of 3              Date Rcvd: Aug 29, 2017
                            Form ID: ntgen             Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db             +Alison J. Gambrill,    2409 Schultz Way,    York, PA 17402-4918
               +Christopher B. Gambrill,    2409 Schultz Way,    York, PA 17402-4918
4961906        +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4961837       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA,     4161 PIEDMONT PKWY,    GREENSBORO, NC 27410)
4961831        +BRENT C. DIEFENDERFER,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4474136         CACH, LLC,   PO Box 10587,    Greenville, SC 29603-0587
4961844        +CHASE,   P.O. BOX 78101,    PHOENIX, AZ 85062-8101
4961830        +CHRISTOPHER B. GAMBRILL,    ALISON J. GAMBRILL,    2409 SCHULTZ WAY,    YORK, PA 17402-4918
4961845        +CITICORP TRUST BANK,    ATTN: CUSTOMER SERVICE,    PO BOX 140129,    IRVING, TX 75014-0129
4961846         CITICORP TRUST BANK,    311 NEW RODGERS ROAD,    LEVITTOWN, PA 19056
4961847         COMENITY BANK,    BANKRUPTCY DEPT.,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4961848        +COMENITY BANK,    PO BOX 182025,    COLUMBUS, OH 43218-2025
4961849        +COMENITY BANK/ANN TAYLOR,    PO BOX 182273,    COLUMBUS, OH 43218-2273
4961850        +COMENITY BANK/EXPRESS,    PO BOX 182789,    COLUMBUS, OH 43218-2789
4961851        +COMENITY BANK/REEDS JEWELER,    4590 E. BROAD ST.,    COLUMBUS, OH 43213-1301
4961853        +COMMERCIAL ACCEPTANCE CO.,    P.O. BOX 3268,    CAMP HILL, PA 17011-3268
4961910        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
4961860        +FIRST PREMIER BANK,    601 S. MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
4961865        +FIRST PREMIER BANK,    3820 N. LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
4961862        +FIRST PREMIER BANK,    P.O. BOX 5524,    SIOUX FALLS, SD 57117-5524
4961863        +FIRST PREMIER BANK,    900 WEST DELAWARE,    P.O. BOX 5519,    SIOUX FALLS, SD 57117-5519
4961864        +FIRST PREMIER BANK,    P.O. BOX 5519,    SIOUX FALLS, SD 57117-5519
4961874         JARED CORPORATE OFFICE HEADQUARTERS,     SIGNET JEWELERS LTD.-JARED GALLERIA,
                 CLARENDON HOUSE 2 CHURCH STREET,    HAMILTON HM 11 BERMUDA
4961916        +LANCASTER GENERAL HEALTH,    PO BOX 3555,    LANCASTER, PA 17604-3555
4961917         LANCASTER GENERAL MEDICAL GROUP,    PO BOX 3077,    LANCASTER, PA 17604-3077
4961877         LANCASTER RADIOLOGY ASSOCIATES,    P.O. BOX 3216,    LANCASTER, PA 17604-3216
4961909        +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
4961878         MARINER FINANCE,    P.O. BOX 35394,    DUNDALK, MD 21222-7394
4961825         MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708
4961826         MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708,    MTGLQ Investors, LP,
                 P.O. Box 52708,    Irvine, CA 92619-2708
4961833        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4961920        +Property Management Unlimited,    1013 N.George Street,    York PA 17404-2025
4961879        +REEDS JEWELER,    PO BOX 182273,    COLUMBUS, OH 43218-2273
4961880        +RUSHMORE,    C/O U.S. BANK, TRUSTEE FOR RMAC,    15480 LAGUANA CANYON RD, STE 100,
                 IRVINE, CA 92618-2132
4961907        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
4961832        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4961881        +TARGET FINANCIAL SERVICES,    MAIL STOP 5C-F,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4961898        +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4961883        +TD BANK USA/TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4961884        +TOWN OF DEWEY BEACH,    105 RODNEY AVE,    REHOBOTH BEACH, DE 19971-3207
4961908        +U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
4961914        +U.S. Bank National Association., et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
4961913        +U.S. Bank National Association., not in its indivi,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
4961856       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: ELAN FINANCIAL SERVICES,     777 E. WISCONSIN AVE,
                 MILWAUKEE, WI 53202)
4961886        +WELLS FARGO BANK N.A.,    PO BOX 3117,    WINSTON SALEM, NC 27102-3117
4961885         WELLS FARGO BANK N.A.,    PO BOX 5169,    SIOUX FALLS, SD 57117-5169
4961888        +WELLS FARGO DEALER SERVICES,    PO BOX 25341,    SANTA ANA, CA 92799-5341
4961887        +WELLS FARGO DEALER SERVICES,    PO BOX 3659,    RANCHO CUCAMONGA, CA 91729-3659
4961889        +WELLS FARGO DEALER SERVICES/WDS,    PO BOX 1697,    WINTERVILLE, NC 28590-1697
4961891        +WELLS FARGO FINANCIAL CARDS,    3201 N. 4TH AVE.,    SIOUX FALLS, SD 57104-0700
4961892         WELLS FARGO FINANCIAL CARDS,    PO BOX 5943,    SIOUX FALLS, SD 57117-5943
4961915        +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
4961899         Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
4961893        +ZALES/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4961895        +ZUCKER, GOLDBERG & ACKERMAN, LLC,    200 SHEFFIELD ST. (XCP-169624/NS),    SUITE 101,
                 MOUNTAINSIDE, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4961842        +E-mail/Text: bk.notifications@jpmchase.com Aug 29 2017 19:14:52      CHASE,    PO BOX 901076,
                 FT WORTH, TX 76101-2076
4961843        +E-mail/Text: bk.notifications@jpmchase.com Aug 29 2017 19:14:52      CHASE,    P.O. BOX 901076,
                 FORT WORTH, TX 76101-2076
4961854         E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2017 19:15:56      CREDIT ONE BANK,
                 PO BOX 60500,    CITY OF INDUSTRY, CA 91716-0500
4961855        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2017 19:15:44
                 CREDIT ONE BANK N.A.,    PO BOX 98875,    LAS VEGAS, NV 89193-8875
4961866        +E-mail/Text: bankruptcy@fult.com Aug 29 2017 19:15:34      FULTON BANK,    P.O. BOX 69,
                 EAST PETERSBURG, PA 17520-0069
4961867        +E-mail/Text: bankruptcy@fult.com Aug 29 2017 19:15:34      FULTON BANK,    P.O. BOX 4887,
                 1 PENN SQUARE,    LANCASTER, PA 17602-2853
4961868         E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 19:16:03      GE CAPITAL RETAIL BANK,
                 PO BOX 9600061,    ORLANDO, FL 32896-0061
4961869        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 19:16:03      GECRB/BANANA REPUBLIC,
                 PO BOX 965005,    ORLANDO, FL 32896-5005
4961871        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 19:15:51      GECRB/OLD NAVY,    P.O. BOX 981400,
                 EL PASO, TX 79998-1400
4961870        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 19:16:03      GECRB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4961872        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 19:15:51      GECRB/OLD NAVY,    PO BOX 960017,
                 ORLANDO, FL 32896-0017
4961834        +E-mail/Text: cio.bncmail@irs.gov Aug 29 2017 19:14:44      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OP.,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
4961873        +E-mail/Text: ebnsterling@weltman.com Aug 29 2017 19:14:52      JARED - GALLERIA OF JEWELRY,
                 375 GHENT RD.,    FAIRLAWN, OH 44333-4601
4961897         E-mail/Text: bk.notifications@jpmchase.com Aug 29 2017 19:14:52      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4961875        +E-mail/Text: csd1clientservices@cboflanc.com Aug 29 2017 19:15:20      LANCASTER COLLECTIONS,
                 218 W. ORANGE ST,    LANCASTER, PA 17603-3746
4961912         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 19:15:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4961911         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 19:16:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4961905         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 19:15:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
4961896         E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2017 19:14:53
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
4961922        +E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2017 19:14:53
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
4961901         E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2017 19:14:53
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
4961904         E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2017 19:14:53
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4961902        +E-mail/Text: BKRMailOps@weltman.com Aug 29 2017 19:15:09      Sterling Jewelers dba,
                 Jared the Galleria of Jewelry,    c/o Weltman Weinberg & Reis,    323 W Lakeside Avenue,
                 Cleveland Oh 44113-1085
4961882         E-mail/Text: bankruptcy@td.com Aug 29 2017 19:15:08      TD BANK,    PO BOX 23072,
                 COLUMBUS, GA 31902-3072
4961835        +E-mail/Text: kcm@yatb.com Aug 29 2017 19:14:34      YORK ADAMS TAX BUREAU,    1405 N DUKE STREET,
                 PO BOX 15627,    YORK, PA 17405-0156
4961919        +E-mail/Text: kcm@yatb.com Aug 29 2017 19:14:34      YORK ADAMS TAX BUREAU*,    PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                                TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4961836*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,    PO BOX 15019,    WILMINGTON, DE 19886-5019)
4474138*       CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
4474137*       CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
4961861*      +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
4961876*      +LANCASTER COLLECTIONS,    218 W ORANGE ST,    LANCASTER, PA 17603-3746
4961924*      +Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
4961921*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4961923*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4961858*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: ELAN FINANCIAL SERVICES,    CB DISPUTES,    P.O. BOX 108,
                 SAINT LOUIS, MO 63166)
```

```
District/off: 0314-1                  User: DDunbar                 Page 3 of 3                   Date Rcvd: Aug 29, 2017
                                      Form ID: ntgen                Total Noticed: 81
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
4961857*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:     ELAN FINANCIAL SERVICES,    P.O. BOX 2066,    MILWAUKEE, WI 53201)
4961859*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:     ELAN FINANCIAL SERVICES,    PO BOX 790084,    SAINT LOUIS, MO 63179)
4961900*         Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
4961918*         YORK ADAMS TAX BUREAU,    1405 N. DUKE STREET,    PO BOX 15627,    YORK, PA 17405-0156
4961894*         ZALES/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4961841         ##+CAPITOL CREDIT SERVICES,    872 WALKER RD. STE B,    DOVER, DE 19904-2700
4961852         ##+COMMERCIAL ACCEPTANCE,    2 W. MAIN ST.,    SHIREMANSTOWN, PA 17011-6326
4961903         ##+MARINER FINANCE, LLC,    3301 BOSTON ST., STE 201,    BALTIMORE, MD 21224-4979
4961890         ##+WELLS FARGO FINANCIAL,    4143 121ST STREET,    DES MOINES, IA 50323-2310
                                                                                                TOTALS: 0, * 16, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com
              Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               kebeck@weltman.com, jbluemle@weltman.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 9
```

ntgen(02/17)

|  |
|---|
| # UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Alison J. Gambrill<br>aka Alison J. Connell, aka Alison Jane Gambrill, aka Alison Jane Connell<br>**Debtor(s)** | Chapter: 13<br>Case number: 1:17−bk−03540−RNO<br>Document Number: 101<br>Matter: Order Granting Motion to Sever Chapter 13 Case |

## Notice

NOTICE is hereby given that:

An Order was entered on August 28, 2017 severing this debtor from case number 1−14−bk−01664−RNO. The case was severed for the administrative purpose of recording information which applies to only one of the parties on the joint petition.

The new bankruptcy case number for the above−referenced debtor is 1:17−bk−03540−RNO . Please make a note of the new case number for your records. This case number should be consulted for any future activity pertaining to this debtor.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2017 |