In re:  
Alison J. Gambrill  
    Debtor

Case No. 17-03540-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: DDunbar     Page 1 of 1     Date Rcvd: Aug 29, 2017  
                     Form ID: orfeedue     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.  
db           +Alison J. Gambrill,    2409 Schultz Way,    York, PA 17402-4918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:

           Brent Diefenderfer     on behalf of Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com  
           Charles J DeHart, III (Trustee)     TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com  
           Danielle Boyle-Ebersole     on behalf of Creditor     MTGLQ Investors, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
           Danielle Boyle-Ebersole     on behalf of Creditor     U.S. Bank National Association., not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
           Joshua I Goldman     on behalf of Creditor     U.S. Bank National Association., not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Karina Velter     on behalf of Creditor     Sterling Jewelers Inc. dba Jared Galleria of Jewelry amps@manleydeas.com  
           Keri P Ebeck     on behalf of Creditor     Sterling Jewelers Inc. dba Jared Galleria of Jewelry kebeck@weltman.com, jbluemle@weltman.com  
           Thomas I Puleo     on behalf of Creditor     U.S. Bank National Association., not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
           United States Trustee     ustpregion03.ha.ecf@usdoj.gov  
                                                                                                             TOTAL: 9

orfeedue(07/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Alison J. Gambrill
aka Alison J. Connell, aka Alison Jane Gambrill, aka
Alison Jane Connell

Chapter 13

Case number 1:17–bk–03540–RNO

Document Number: 101

**Debtor(s)**

### Order Filing Fee Due

Finding that the fee in the amount of **$310.00** assessed in connection with the filing of the Motion to Sever, has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **September 5, 2017** or the pleading may be stricken by the court for failure to pay the filing fee.

Dated: August 29, 2017

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk