Certificate Number: 15317-PAM-DE-023142770

Bankruptcy Case Number: 00-00000



15317-PAM-DE-023142770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 6, 2014</u>, at <u>10:14</u> o'clock <u>PM PDT</u>, <u>Alison J Gambrill</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 6, 2014</u>

By: <u>/s/Grace Casquejo</u>

Name: <u>Grace Casquejo</u>

Title: <u>Certified Counselor</u>