Brent C. Diefenderfer, Attorney
bdiefenderfer@cgalaw.com
Ext. 127

September 6, 2017

Office of the Clerk
P.O. Box 908
Harrisburg, PA 17108

Re: **Gambrill, Alison**
**1:17-bk-03540-RNO**

Dear Sirs:

Please change the address for the Debtor:

Old Address:

Alison Gambrill
2409 Schultz Way
York, PA 17402

**New Address:**

**Alison Gambrill**
**2211 Tall Oaks Lane**
**York, PA 17406**

Thank you.

Sincerely,

/s/ Brent C. Diefenderfer

Brent C. Diefenderfer

BCD/klb

{01355823/1}