```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                  Case No. 17-03540-RNO
Alison J. Gambrill                                                      Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1           User: BWagner                Page 1 of 4                   Date Rcvd: Sep 25, 2017
                               Form ID: 309A                Total Noticed: 93
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
```
db             +Alison J. Gambrill,    2211 Tall Oaks Lane,    York, PA 17406-6905
aty            +Danielle Boyle-Ebersole,    Hladik, Onorato & Federman, LLP,    298 Wissahickon Avenue,
                 North Wales, PA 19454-4114
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty             Karina Velter,    Manley Deas Kochalski LLC,    PO Box 165028,    Columbus, OH 43216-5028
aty            +Keri P Ebeck,    Weltman, Weinberg & Reis, LPA,    436 Seventh Avenue,    Suite 2500,
                 Pittsburgh, PA 15219-1842
aty            +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Steven M. Carr (Trustee),    Ream, Carr, Markey and Woloshin LLP,    119 East Market Street,
                 York, PA 17401-1221
4961906        +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4961831        +BRENT C. DIEFENDERFER,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4474136         CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
4961844        +CHASE,    P.O. BOX 78101,    PHOENIX, AZ 85062-8101
4961830        +CHRISTOPHER B. GAMBRILL,    ALISON J. GAMBRILL,    2409 SCHULTZ WAY,    YORK, PA 17402-4918
4961845        +CITICORP TRUST BANK,    ATTN: CUSTOMER SERVICE,    PO BOX 140129,    IRVING, TX 75014-0129
4961846         CITICORP TRUST BANK,    311 NEW RODGERS ROAD,    LEVITTOWN, PA 19056
4961848        +COMENITY BANK,    PO BOX 182025,    COLUMBUS, OH 43218-2025
4961853        +COMMERCIAL ACCEPTANCE CO.,    P.O. BOX 3268,    CAMP HILL, PA 17011-3268
4961874         JARED CORPORATE OFFICE HEADQUARTERS,    SIGNET JEWELERS LTD.-JARED GALLERIA,
                 CLARENDON HOUSE 2 CHURCH STREET,    HAMILTON HM 11 BERMUDA
4961916        +LANCASTER GENERAL HEALTH,    PO BOX 3555,    LANCASTER, PA 17604-3555
4961917         LANCASTER GENERAL MEDICAL GROUP,    PO BOX 3077,    LANCASTER, PA 17604-3077
4961877         LANCASTER RADIOLOGY ASSOCIATES,    P.O. BOX 3216,    LANCASTER, PA 17604-3216
4961909        +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
4961878         MARINER FINANCE,    P.O. BOX 35394,    DUNDALK, MD 21222-7394
4961825         MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708
4961826         MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708,    MTGLQ Investors, LP,
                 P.O. Box 52708,    Irvine, CA 92619-2708
4961833        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4961920        +Property Management Unlimited,    1013 N.George Street,    York PA 17404-2025
4961880        +RUSHMORE,    C/O U.S. BANK, TRUSTEE FOR RMAC,    15480 LAGUANA CANYON RD, STE 100,
                 IRVINE, CA 92618-2132
4961907        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
4961832        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4961898        +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4961884        +TOWN OF DEWEY BEACH,    105 RODNEY AVE,    REHOBOTH BEACH, DE 19971-3207
4961908        +U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
4961914        +U.S. Bank National Association., et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
4961913        +U.S. Bank National Association., not in its indivi,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
4961886        +WELLS FARGO BANK N.A.,    PO BOX 3117,    WINSTON SALEM, NC 27102-3117
4961887        +WELLS FARGO DEALER SERVICES,    PO BOX 3659,    RANCHO CUCAMONGA, CA 91729-3659
4961895        +ZUCKER, GOLDBERG & ACKERMAN, LLC,    200 SHEFFIELD ST. (XCP-169624/NS),    SUITE 101,
                 MOUNTAINSIDE, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: bdiefenderfer@cgalaw.com Sep 25 2017 18:57:57      Brent Diefenderfer,
                 CGA Law Firm,    135 North George Street,    York, PA  17401
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 25 2017 18:58:43      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4961837         EDI: BANKAMER.COM Sep 25 2017 18:58:00      BANK OF AMERICA,    4161 PIEDMONT PKWY,
                 GREENSBORO, NC 27410
4961836         EDI: BANKAMER.COM Sep 25 2017 18:58:00      BANK OF AMERICA,    PO BOX 15019,
                 WILMINGTON, DE 19886-5019
4961842        +EDI: CAUT.COM Sep 25 2017 19:03:00       CHASE,    PO BOX 901076,    FT WORTH, TX 76101-2076
4961843        +EDI: CAUT.COM Sep 25 2017 19:03:00       CHASE,    P.O. BOX 901076,    FORT WORTH, TX 76101-2076
4961847         EDI: WFNNB.COM Sep 25 2017 19:03:00      COMENITY BANK,    BANKRUPTCY DEPT.,    PO BOX 182125,
                 COLUMBUS, OH 43218-2125
4961849        +EDI: WFNNB.COM Sep 25 2017 19:03:00      COMENITY BANK/ANN TAYLOR,    PO BOX 182273,
                 COLUMBUS, OH 43218-2273
4961850        +EDI: WFNNB.COM Sep 25 2017 19:03:00      COMENITY BANK/EXPRESS,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
4961851        +EDI: WFNNB.COM Sep 25 2017 19:03:00      COMENITY BANK/REEDS JEWELER,    4590 E. BROAD ST.,
                 COLUMBUS, OH 43213-1301
4961854         EDI: RCSFNBMARIN.COM Sep 25 2017 18:58:00      CREDIT ONE BANK,    PO BOX 60500,
                 CITY OF INDUSTRY, CA 91716-0500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4961855        +EDI: RCSFNBMARIN.COM Sep 25 2017 18:58:00      CREDIT ONE BANK N.A.,    PO BOX 98875,
                 LAS VEGAS, NV 89193-8875
4961910        +EDI: CITICORP.COM Sep 25 2017 18:58:00       Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
4961864        +EDI: AMINFOFP.COM Sep 25 2017 19:03:00       FIRST PREMIER BANK,    P.O. BOX 5519,
                 SIOUX FALLS, SD 57117-5519
4961862        +EDI: AMINFOFP.COM Sep 25 2017 19:03:00       FIRST PREMIER BANK,    P.O. BOX 5524,
                 SIOUX FALLS, SD 57117-5524
4961860        +EDI: AMINFOFP.COM Sep 25 2017 19:03:00       FIRST PREMIER BANK,    601 S. MINNESOTA AVE,
                 SIOUX FALLS, SD 57104-4868
4961863        +EDI: AMINFOFP.COM Sep 25 2017 19:03:00       FIRST PREMIER BANK,    900 WEST DELAWARE,
                 P.O. BOX 5519,   SIOUX FALLS, SD 57117-5519
4961865        +EDI: AMINFOFP.COM Sep 25 2017 19:03:00       FIRST PREMIER BANK,    3820 N. LOUISE AVENUE,
                 SIOUX FALLS, SD 57107-0145
4961866        +E-mail/Text: bankruptcy@fult.com Sep 25 2017 18:58:58       FULTON BANK,    P.O. BOX 69,
                 EAST PETERSBURG, PA 17520-0069
4961867        +E-mail/Text: bankruptcy@fult.com Sep 25 2017 18:58:58       FULTON BANK,    P.O. BOX 4887,
                 1 PENN SQUARE,   LANCASTER, PA 17602-2853
4961868         EDI: RMSC.COM Sep 25 2017 18:58:00      GE CAPITAL RETAIL BANK,    PO BOX 9600061,
                 ORLANDO, FL 32896-0061
4961869        +EDI: RMSC.COM Sep 25 2017 18:58:00      GECRB/BANANA REPUBLIC,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4961871        +EDI: RMSC.COM Sep 25 2017 18:58:00      GECRB/OLD NAVY,    P.O. BOX 981400,
                 EL PASO, TX 79998-1400
4961870        +EDI: RMSC.COM Sep 25 2017 18:58:00      GECRB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4961872         EDI: RMSC.COM Sep 25 2017 18:58:00      GECRB/OLD NAVY,    PO BOX 960017,
                 ORLANDO, FL 32896-0017
4961834        +EDI: IRS.COM Sep 25 2017 18:58:00      INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OP.,
                 P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
4961873        +E-mail/Text: BKRMailOPS@weltman.com Sep 25 2017 18:58:39       JARED - GALLERIA OF JEWELRY,
                 375 GHENT RD.,    FAIRLAWN, OH 44333-4601
4961897         EDI: CAUT.COM Sep 25 2017 19:03:00       JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4961875        +E-mail/Text: csd1clientservices@cboflanc.com Sep 25 2017 18:58:50        LANCASTER COLLECTIONS,
                 218 W. ORANGE ST,    LANCASTER, PA 17603-3746
4961912         EDI: RESURGENT.COM Sep 25 2017 19:03:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4961911         EDI: PRA.COM Sep 25 2017 19:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4961905         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2017 18:58:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4961896         EDI: Q3G.COM Sep 25 2017 19:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
4961922        +EDI: Q3G.COM Sep 25 2017 19:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
4961901         EDI: Q3G.COM Sep 25 2017 19:03:00      Quantum3 Group LLC as agent for,
                 Galaxy Asset Purchasing LLC,    PO Box 788,   Kirkland, WA  98083-0788
4961904         EDI: Q3G.COM Sep 25 2017 19:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
4961879        +EDI: WFNNB.COM Sep 25 2017 19:03:00      REEDS JEWELER,    PO BOX 182273,
                 COLUMBUS, OH 43218-2273
4961902        +E-mail/Text: BKRMailOps@weltman.com Sep 25 2017 18:58:44       Sterling Jewelers dba,
                 Jared the Galleria of Jewelry,    c/o Weltman Weinberg & Reis,    323 W Lakeside Avenue,
                 Cleveland Oh 44113-1085
4961881        +EDI: WTRRNBANK.COM Sep 25 2017 18:58:00       TARGET FINANCIAL SERVICES,    MAIL STOP 5C-F,
                 PO BOX 673,   MINNEAPOLIS, MN 55440-0673
4961882         EDI: TDBANKNORTH.COM Sep 25 2017 19:03:00       TD BANK,    PO BOX 23072,
                 COLUMBUS, GA 31902-3072
4961883        +EDI: WTRRNBANK.COM Sep 25 2017 18:58:00       TD BANK USA/TARGET CREDIT,    PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
4961856         EDI: USBANKARS.COM Sep 25 2017 19:03:00       ELAN FINANCIAL SERVICES,    777 E. WISCONSIN AVE,
                 MILWAUKEE, WI 53202
4961858         EDI: USBANKARS.COM Sep 25 2017 19:03:00       ELAN FINANCIAL SERVICES,    CB DISPUTES,
                 P.O. BOX 108,   SAINT LOUIS, MO 63166
4961857         EDI: USBANKARS.COM Sep 25 2017 19:03:00       ELAN FINANCIAL SERVICES,    P.O. BOX 2066,
                 MILWAUKEE, WI 53201
4961859         EDI: USBANKARS.COM Sep 25 2017 19:03:00       ELAN FINANCIAL SERVICES,    PO BOX 790084,
                 SAINT LOUIS, MO 63179
4961885         EDI: WFFC.COM Sep 25 2017 19:03:00      WELLS FARGO BANK N.A.,    PO BOX 5169,
                 SIOUX FALLS, SD 57117-5169
4961888        +EDI: WFFC.COM Sep 25 2017 19:03:00      WELLS FARGO DEALER SERVICES,    PO BOX 25341,
                 SANTA ANA, CA 92799-5341
4961889        +EDI: WFFC.COM Sep 25 2017 19:03:00      WELLS FARGO DEALER SERVICES/WDS,    PO BOX 1697,
                 WINTERVILLE, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
4961890        +EDI: WFFC.COM Sep 25 2017 19:03:00      WELLS FARGO FINANCIAL,    4143 121ST STREET,
                 DES MOINES, IA 50323-2310
4961892         EDI: WFFC.COM Sep 25 2017 19:03:00      WELLS FARGO FINANCIAL CARDS,    PO BOX 5943,
                 SIOUX FALLS, SD 57117-5943
4961891        +EDI: WFFC.COM Sep 25 2017 19:03:00      WELLS FARGO FINANCIAL CARDS,    3201 N. 4TH AVE.,
                 SIOUX FALLS, SD 57104-0700
4961915        +EDI: WFFC.COM Sep 25 2017 19:03:00      Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
                 San Francisco, CA 94163-0001
4961899         EDI: WFFC.COM Sep 25 2017 19:03:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
4961835        +E-mail/Text: kcm@yatb.com Sep 25 2017 18:58:00      YORK ADAMS TAX BUREAU,    1405 N DUKE STREET,
                 PO BOX 15627,    YORK, PA 17405-0156
4961919        +E-mail/Text: kcm@yatb.com Sep 25 2017 18:58:00      YORK ADAMS TAX BUREAU*,    PO BOX 15627,
                 YORK, PA 17405-0156
4961893        +EDI: CITICORP.COM Sep 25 2017 18:58:00      ZALES/CBNA,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
                                                                                               TOTAL: 56

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4474137*        CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
4474138*        CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
4961861*       +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
4961876*       +LANCASTER COLLECTIONS,    218 W ORANGE ST,    LANCASTER, PA 17603-3746
4961924*       +Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
4961921*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4961923*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4961900*        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
4961918*        YORK ADAMS TAX BUREAU,    1405 N. DUKE STREET,    PO BOX 15627,    YORK, PA 17405-0156
4961894*        ZALES/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4961841       ##+CAPITOL CREDIT SERVICES,    872 WALKER RD. STE B,    DOVER, DE 19904-2700
4961852       ##+COMMERCIAL ACCEPTANCE,    2 W. MAIN ST.,    SHIREMANSTOWN, PA 17011-6326
4961903       ##+MARINER FINANCE, LLC,    3301 BOSTON ST., STE 201,    BALTIMORE, MD 21224-4979
                                                                                               TOTALS: 0, * 12, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Brent  Diefenderfer    on behalf of Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Danielle  Boyle-Ebersole    on behalf of Creditor   U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle  Boyle-Ebersole    on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor   Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com

```
District/off: 0314-1          User: BWagner              Page 4 of 4                Date Rcvd: Sep 25, 2017
                              Form ID: 309A              Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry kebeck@weltman.com, jbluemle@weltman.com
         Steven M. Carr    (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
         Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association., not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                           TOTAL: 9

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Alison J. Gambrill** | Social Security number or ITIN **xxx–xx–0941** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | Date case filed in chapter **13**   **April 10, 2014** |
| Case number: | **1:17–bk–03540–RNO** | Date case converted to chapter **7**   **September 7, 2017** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alison J. Gambrill | |
| 2. | **All other names used in the last 8 years** | aka Alison J. Connell, aka Alison Jane Gambrill, aka Alison Jane Connell | |
| 3. | **Address** | 2211 Tall Oaks Lane<br>York, PA 17406 | |
| 4. | **Debtor's attorney**<br>Name and address | Brent Diefenderfer<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br><br>Email:  bdiefenderfer@cgalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream, Carr, Markey and Woloshin LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email:  carrtrustee@yahoo.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901−2800  Date: September 25, 2017 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 1, 2017 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of social security number are required *** | Location:  **York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** December 31, 2017 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**