IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-03540 RNO |
| Alison J. Gambrill aka Alison J. Connell aka Alison Jane Gambrill aka Alison Jane Connell | : Chapter 7 |
| Debtor | |
| | |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | |
| Movant | |
| vs. | |
| Alison J. Gambrill aka Alison J. Connell aka Alison Jane Gambrill aka Alison Jane Connell | |
| Debtor/Respondent | |
| and | |
| Steven Carr, Esquire | |
| Trustee/Respondent | |

## CERTIFICATION OF CONCURRENCE

I, Danielle Boyle-Ebersole, Esquire, counsel for MTGLQ Investors, LP c/o Rushmore Loan Management Services, Creditor, hereby certify that on September 27, 2017, I spoke with the Chapter 7 Trustee, Steven Carr, Esquire, who concurs with the relief requested in the Motion for Relief.

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121