```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-03540-RNO
Alison J. Gambrill                                              Chapter 7
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1              User: TWilson              Page 1 of 1              Date Rcvd: Oct 02, 2017
                                  Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db             +Alison J. Gambrill,    2211 Tall Oaks Lane,    York, PA 17406-6905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Danielle Boyle-Ebersole    on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com
              Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               kebeck@weltman.com,   jbluemle@weltman.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com,   pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Alison J. Gambrill<br> aka Alison J. Connell<br>aka Alison Jane Gambrill<br>aka Alison Jane Connell<br><br>          Debtors<br><br>MTGLQ Investors, LP c/o Rushmore Loan Management Services<br><br>          Movant<br>     vs.<br><br>Christopher B. Gambrill *aka* Christopher Bradley Gambrill and Alison J. Gambrill *aka* Alison J. Connell *aka* Alison Jane Gambrill *aka* Alison Jane Connell<br><br>          Debtors/Respondents<br><br>          and<br><br>Charles J. DeHart, III, Esquire<br><br>          Trustee/Respondent | : Bankruptcy No. 17-03540 RNO<br>: Chapter 13 |

## ORDER

AND NOW, upon the Motion of Movant, MTGLQ Investors, LP c/o Rushmore Loan Management Services it is:

ORDERED AND DECREED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 2409 Schultz Way, York, PA 17402, as more fully set forth in the legal description attached to said mortgage, to allow Movant or its successors, if any, to exercise its rights under its loan documents.

By the Court,

*/s/ Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: October 2, 2017