```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-03540-RNO
Alison J. Gambrill                                                  Chapter 7
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-1           User: TWilson                Page 1 of 3               Date Rcvd: Jan 17, 2018
                               Form ID: 318                 Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db            +Alison J. Gambrill,    2211 Tall Oaks Lane,    York, PA 17406-6905
4961906       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4961831       +BRENT C. DIEFENDERFER,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4961844       +CHASE,   P.O. BOX 78101,    PHOENIX, AZ 85062-8101
4961830       +CHRISTOPHER B. GAMBRILL,    ALISON J. GAMBRILL,    2409 SCHULTZ WAY,    YORK, PA 17402-4918
4961845       +CITICORP TRUST BANK,    ATTN: CUSTOMER SERVICE,    PO BOX 140129,    IRVING, TX 75014-0129
4961846        CITICORP TRUST BANK,    311 NEW RODGERS ROAD,    LEVITTOWN, PA 19056
4961848       +COMENITY BANK,    PO BOX 182025,    COLUMBUS, OH 43218-2025
4961853       +COMMERCIAL ACCEPTANCE CO.,    P.O. BOX 3268,    CAMP HILL, PA 17011-3268
4961874        JARED CORPORATE OFFICE HEADQUARTERS,     SIGNET JEWELERS LTD.-JARED GALLERIA,
                CLARENDON HOUSE 2 CHURCH STREET,    HAMILTON HM 11 BERMUDA
4961916       +LANCASTER GENERAL HEALTH,    PO BOX 3555,    LANCASTER, PA 17604-3555
4961917        LANCASTER GENERAL MEDICAL GROUP,    PO BOX 3077,    LANCASTER, PA 17604-3077
4961877        LANCASTER RADIOLOGY ASSOCIATES,    P.O. BOX 3216,    LANCASTER, PA 17604-3216
4961909       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
4961878        MARINER FINANCE,    P.O. BOX 35394,    DUNDALK, MD 21222-7394
4961825        MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708
4961826        MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708,    MTGLQ Investors, LP,
                P.O. Box 52708,    Irvine, CA 92619-2708
4961833       +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4961920       +Property Management Unlimited,    1013 N.George Street,    York PA 17404-2025
4961880       +RUSHMORE,   C/O U.S. BANK, TRUSTEE FOR RMAC,    15480 LAGUANA CANYON RD, STE 100,
                IRVINE, CA 92618-2132
4961907       +Rushmore Loan Management Services,     P.O. Box 55004,    Irvine, CA 92619-5004
4961832       +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4961898       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4961884       +TOWN OF DEWEY BEACH,    105 RODNEY AVE,    REHOBOTH BEACH, DE 19971-3207
4961908       +U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                Irvine, CA 92619-2708
4961914       +U.S. Bank National Association., et al,    c/o Rushmore Loan Management Services,
                P.O. Box 55004,    Irvine, CA 92619-5004
4961913       +U.S. Bank National Association., not in its indivi,    c/o Rushmore Loan Management Services,
                P.O. Box 55004,    Irvine, CA 92619-5004
4961886       +WELLS FARGO BANK N.A.,    PO BOX 3117,    WINSTON SALEM, NC 27102-3117
4961887       +WELLS FARGO DEALER SERVICES,    PO BOX 3659,    RANCHO CUCAMONGA, CA 91729-3659
4961895       +ZUCKER, GOLDBERG & ACKERMAN, LLC,    200 SHEFFIELD ST. (XCP-169624/NS),    SUITE 101,
                MOUNTAINSIDE, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4961837        EDI: BANKAMER.COM Jan 17 2018 19:03:00      BANK OF AMERICA,    4161 PIEDMONT PKWY,
                GREENSBORO, NC 27410
4961836        EDI: BANKAMER.COM Jan 17 2018 19:03:00      BANK OF AMERICA,    PO BOX 15019,
                WILMINGTON, DE 19886-5019
4474136        EDI: RESURGENT.COM Jan 17 2018 19:03:00      CACH, LLC,    PO Box 10587,
                Greenville, SC 29603-0587
4961842       +EDI: CAUT.COM Jan 17 2018 19:03:00      CHASE,    PO BOX 901076,    FT WORTH, TX 76101-2076
4961843       +EDI: CAUT.COM Jan 17 2018 19:03:00      CHASE,    P.O. BOX 901076,    FORT WORTH, TX 76101-2076
4961847        EDI: WFNNB.COM Jan 17 2018 19:03:00      COMENITY BANK,    BANKRUPTCY DEPT.,    PO BOX 182125,
                COLUMBUS, OH 43218-2125
4961849       +EDI: WFNNB.COM Jan 17 2018 19:03:00      COMENITY BANK/ANN TAYLOR,    PO BOX 182273,
                COLUMBUS, OH 43218-2273
4961850       +EDI: WFNNB.COM Jan 17 2018 19:03:00      COMENITY BANK/EXPRESS,    PO BOX 182789,
                COLUMBUS, OH 43218-2789
4961851       +EDI: WFNNB.COM Jan 17 2018 19:03:00      COMENITY BANK/REEDS JEWELER,    4590 E. BROAD ST.,
                COLUMBUS, OH 43213-1301
4961854        EDI: RCSFNBMARIN.COM Jan 17 2018 19:03:00      CREDIT ONE BANK,    PO BOX 60500,
                CITY OF INDUSTRY, CA 91716-0500
4961855       +EDI: RCSFNBMARIN.COM Jan 17 2018 19:03:00      CREDIT ONE BANK N.A.,    PO BOX 98875,
                LAS VEGAS, NV 89193-8875
4961910       +EDI: CITICORP.COM Jan 17 2018 19:03:00      Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
4961864       +EDI: AMINFOFP.COM Jan 17 2018 19:03:00      FIRST PREMIER BANK,    P.O. BOX 5519,
                SIOUX FALLS, SD 57117-5519
4961862       +EDI: AMINFOFP.COM Jan 17 2018 19:03:00      FIRST PREMIER BANK,    P.O. BOX 5524,
                SIOUX FALLS, SD 57117-5524
4961860       +EDI: AMINFOFP.COM Jan 17 2018 19:03:00      FIRST PREMIER BANK,    601 S. MINNESOTA AVE,
                SIOUX FALLS, SD 57104-4868
4961863       +EDI: AMINFOFP.COM Jan 17 2018 19:03:00      FIRST PREMIER BANK,    900 WEST DELAWARE,
                P.O. BOX 5519,    SIOUX FALLS, SD 57117-5519
4961865       +EDI: AMINFOFP.COM Jan 17 2018 19:03:00      FIRST PREMIER BANK,    3820 N. LOUISE AVENUE,
                SIOUX FALLS, SD 57107-0145
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
4961866        +E-mail/Text: bankruptcy@fult.com Jan 17 2018 18:59:55      FULTON BANK,    P.O. BOX 69,
                 EAST PETERSBURG, PA 17520-0069
4961867        +E-mail/Text: bankruptcy@fult.com Jan 17 2018 18:59:55      FULTON BANK,    P.O. BOX 4887,
                 1 PENN SQUARE,    LANCASTER, PA 17602-2853
4961868         EDI: RMSC.COM Jan 17 2018 19:03:00      GE CAPITAL RETAIL BANK,    PO BOX 9600061,
                 ORLANDO, FL 32896-0061
4961869        +EDI: RMSC.COM Jan 17 2018 19:03:00      GECRB/BANANA REPUBLIC,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4961871        +EDI: RMSC.COM Jan 17 2018 19:03:00      GECRB/OLD NAVY,    P.O. BOX 981400,
                 EL PASO, TX 79998-1400
4961870        +EDI: RMSC.COM Jan 17 2018 19:03:00      GECRB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4961872         EDI: RMSC.COM Jan 17 2018 19:03:00      GECRB/OLD NAVY,    PO BOX 960017,
                 ORLANDO, FL 32896-0017
4961834        +EDI: IRS.COM Jan 17 2018 19:03:00      INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OP.,
                 P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
4961873        +E-mail/Text: BKRMailOPS@weltman.com Jan 17 2018 18:59:39      JARED - GALLERIA OF JEWELRY,
                 375 GHENT RD.,    FAIRLAWN, OH 44333-4601
4961897         EDI: CAUT.COM Jan 17 2018 19:03:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4961875        +E-mail/Text: csd1clientservices@cboflanc.com Jan 17 2018 18:59:47      LANCASTER COLLECTIONS,
                 218 W. ORANGE ST,    LANCASTER, PA 17603-3746
4961912         EDI: RESURGENT.COM Jan 17 2018 19:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4961911         EDI: PRA.COM Jan 17 2018 19:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4961905         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2018 18:59:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
4961896         EDI: Q3G.COM Jan 17 2018 19:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
4961922        +EDI: Q3G.COM Jan 17 2018 19:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
4961901         EDI: Q3G.COM Jan 17 2018 19:03:00      Quantum3 Group LLC as agent for,
                 Galaxy Asset Purchasing LLC,    PO Box 788,   Kirkland, WA  98083-0788
4961904         EDI: Q3G.COM Jan 17 2018 19:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
4961879        +EDI: WFNNB.COM Jan 17 2018 19:03:00      REEDS JEWELER,    PO BOX 182273,
                 COLUMBUS, OH 43218-2273
4961902        +E-mail/Text: BKRMailOps@weltman.com Jan 17 2018 18:59:44      Sterling Jewelers dba,
                 Jared the Galleria of Jewelry,    c/o Weltman Weinberg & Reis,    323 W Lakeside Avenue,
                 Cleveland Oh 44113-1085
4961881        +EDI: WTRRNBANK.COM Jan 17 2018 19:03:00      TARGET FINANCIAL SERVICES,    MAIL STOP 5C-F,
                 PO BOX 673,   MINNEAPOLIS, MN 55440-0673
4961883        +EDI: WTRRNBANK.COM Jan 17 2018 19:03:00      TD BANK USA/TARGET CREDIT,    PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
4961882         EDI: TDBANKNORTH.COM Jan 17 2018 19:03:00      TD BANK,    PO BOX 23072,
                 COLUMBUS, GA 31902-3072
4961856         EDI: USBANKARS.COM Jan 17 2018 19:03:00      ELAN FINANCIAL SERVICES,    777 E. WISCONSIN AVE,
                 MILWAUKEE, WI 53202
4961858         EDI: USBANKARS.COM Jan 17 2018 19:03:00      ELAN FINANCIAL SERVICES,    CB DISPUTES,
                 P.O. BOX 108,   SAINT LOUIS, MO 63166
4961857         EDI: USBANKARS.COM Jan 17 2018 19:03:00      ELAN FINANCIAL SERVICES,    P.O. BOX 2066,
                 MILWAUKEE, WI 53201
4961859         EDI: USBANKARS.COM Jan 17 2018 19:03:00      ELAN FINANCIAL SERVICES,    PO BOX 790084,
                 SAINT LOUIS, MO 63179
4961885         EDI: WFFC.COM Jan 17 2018 19:03:00      WELLS FARGO BANK N.A.,    PO BOX 5169,
                 SIOUX FALLS, SD 57117-5169
4961888        +EDI: WFFC.COM Jan 17 2018 19:03:00      WELLS FARGO DEALER SERVICES,    PO BOX 25341,
                 SANTA ANA, CA 92799-5341
4961889        +EDI: WFFC.COM Jan 17 2018 19:03:00      WELLS FARGO DEALER SERVICES/WDS,    PO BOX 1697,
                 WINTERVILLE, NC 28590-1697
4961890        +EDI: WFFC.COM Jan 17 2018 19:03:00      WELLS FARGO FINANCIAL,    4143 121ST STREET,
                 DES MOINES, IA 50323-2310
4961892         EDI: WFFC.COM Jan 17 2018 19:03:00      WELLS FARGO FINANCIAL CARDS,    PO BOX 5943,
                 SIOUX FALLS, SD 57117-5943
4961891        +EDI: WFFC.COM Jan 17 2018 19:03:00      WELLS FARGO FINANCIAL CARDS,    3201 N. 4TH AVE.,
                 SIOUX FALLS, SD 57104-0700
4961915        +EDI: WFFC.COM Jan 17 2018 19:03:00      Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
                 San Francisco, CA 94163-0001
4961899         EDI: WFFC.COM Jan 17 2018 19:03:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
4961835        +E-mail/Text: kcm@yatb.com Jan 17 2018 18:59:34      YORK ADAMS TAX BUREAU,    1405 N DUKE STREET,
                 PO BOX 15627,   YORK, PA 17405-0156
4961919        +E-mail/Text: kcm@yatb.com Jan 17 2018 18:59:34      YORK ADAMS TAX BUREAU*,    PO BOX 15627,
                 YORK, PA 17405-0156
```

```
District/off: 0314-1               User: TWilson              Page 3 of 3               Date Rcvd: Jan 17, 2018
                                   Form ID: 318               Total Noticed: 85
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4961893         +EDI: CITICORP.COM Jan 17 2018 19:03:00      ZALES/CBNA,   PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
                                                                                          TOTAL: 55

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
4474138*        CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
4474137*        CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
4961861*       +FIRST PREMIER BANK,   601 S MINNESOTA AVE,   SIOUX FALLS, SD 57104-4868
4961876*       +LANCASTER COLLECTIONS,   218 W ORANGE ST,   LANCASTER, PA 17603-3746
4980263*        Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
4961924*       +Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC 98083-0788
4961921*        Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
4961923*        Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
4961900*        Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
4961918*        YORK ADAMS TAX BUREAU,   1405 N. DUKE STREET,   PO BOX 15627,   YORK, PA 17405-0156
4961894*        ZALES/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4961841        ##+CAPITOL CREDIT SERVICES,   872 WALKER RD. STE B,   DOVER, DE 19904-2700
4961852        ##+COMMERCIAL ACCEPTANCE,   2 W. MAIN ST.,   SHIREMANSTOWN, PA 17011-6326
4961903        ##+MARINER FINANCE, LLC,   3301 BOSTON ST., STE 201,   BALTIMORE, MD 21224-4979
                                                                                   TOTALS: 0, * 13, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
```
              Brent Diefenderfer    on behalf of Debtor 1 Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com
              Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               kebeck@weltman.com, jbluemle@weltman.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alison J. Gambrill** | Social Security number or ITIN xxx−xx−0941 |
| | First Name   Middle Name   Last Name | EIN __−_____ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN ____ |
| | First Name   Middle Name   Last Name | EIN __−_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:17−bk−03540−RNO** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alison J. Gambrill
aka Alison J. Connell, aka Alison Jane Gambrill,
aka Alison Jane Connell

**By the court:** *(signature)*

January 17, 2018

Honorable Robert N. Opel
United States Bankruptcy Judge

By: TWilson, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**